IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARDMAN ANIMATIONS LIMITED and WALLACE & GROMIT LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>KAWAII KIDS STORE, et al.,<br><br>Defendants. | Case No. 23-cv-04561<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs Aardman Animations Limited and Wallace & Gromit Limited ("Plaintiffs"), by their counsel, respectfully request that this Court grant Sameeul Haque leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiffs state as follows:

1. Since July 14, 2023, Sameeul Haque has been one of the attorneys of record for Plaintiffs.
2. Mr. Haque will be leaving the firm of TME Law, P.C. effective September 21, 2023.
3. Plaintiffs will continue to be represented by the undersigned counsel from the firm of TME Law, P.C.

WHEREFORE, Plaintiffs respectfully request that the Court grant Sameeul Haque leave to withdraw as one of the attorneys of record in this action.

Dated this 15th day of September 2023.  Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
TME Law, P.C.
3339 S. Union Avenue
Chicago, Illinois 60616
708.475.1127
martin@tme-law.com
sydney@tme-law.com

*Counsel for Plaintiffs Aardman Animations Limited and Wallace & Gromit Limited*