IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AARDMAN ANIMATIONS LIMITED and WALLACE & GROMIT LIMITED,<br><br>　　　　　　　Plaintiffs,<br>　v.<br>KAWAII KIDS STORE, et al.,<br><br>　　　　　　　Defendants. | Case No. 23-cv-04561<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Sheila M. Finnegan** |

### PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiffs Aardman Animations Limited and Wallace & Gromit Limited ("Plaintiffs") move this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case.[1] A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 30th day of November 2023.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com

*Counsel for Plaintiffs Aardman Animations Limited and Wallace & Gromit Limited*

---

[1] A current version of Schedule A is attached to Plaintiffs' Memorandum as Exhibit 1.

## CERTIFICATE OF SERVICE

  I hereby certify that on the 30th day of November 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will electronically publish the documents on a website and send an email to the email addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com

*Counsel for Plaintiffs Aardman Animations Limited and Wallace & Gromit Limited*